ATTORNEYS AND COUNSELLORS AT LAW

# SAGOT, JENNINGS & SIGMOND

THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683

THOMAS W. JENNINGS
RICHARD B. SIGMOND°▲
KENT CPREK
SANFORD G. ROSENTHAL
STEPHEN J. HOLROYD *
JAMES KATZ *
STUART I. PHILLIPS *†
LAURA M. BROOKE *
CORINA M. CANIZ *
MARC L. GELMAN *

NEIL SAGOT
HOWARD S. SIMONOFF *▲
ERIC G. MARTTILA
RICHARD C. MCNEILL, JR°
JONATHAN KRINICK
MARY L. CRANGLE ◊
JENNIFER B. LIEBMAN *
LISA A. WILLIAMS *
SCOTT T. TAGGART *
BRADLEY R. CORNETT ◊

215-922-6700
FAX 215-922-3524

NEW JERSEY OFFICE
SUMMIT BUILDING, SUITE 403
800 NORTH KINGS HIGHWAY
CHERRY HILL, NJ 08034-1511
856-667-6950
FAX 856-667-6982

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

* ADMITTED TO PA & NJ BAR
° ADMITTED TO DC BAR
▲ ADMITTED TO NY BAR
◊ ADMITTED TO NJ BAR ONLY
† MANAGING ATTORNEY NJ OFFICE

My Private Number Is:
(215) 351-0611
E-Mail Address is:
srosenthal@jslex.com

June 13, 2002

Wayne Bachert
Bachert Construction
428 Elm Street
Tamaqua, PA  18252

RE:  Carpenters Health and Welfare Fund of Philadelphia
and Vicinity - and - Bachert Construction
Contribution Compliance Audit

Dear Mr. Bachert:

Our office has been retained to represent the Boards of Trustees of the Carpenters Funds who have referred for consideration your failure and/or refusal to provide their representatives with records and other information they need to complete the audit of your payroll books and related records for the period May 4, 2000 through April 9, 2002. September 27, 1998 to date.

Under the terms of your collective bargaining agreement with the Union, as well as applicable federal law, you are required to permit the Funds to conduct such an audit and to produce all records the auditors deem reasonably necessary for them to determine that all contractually-required contributions have been paid.

By letter dated April 11, 2001 (should be April 11, 2002), the auditor detailed the additional information and documents that were needed to complete the audit. A copy of that letter is enclosed. To date, you have failed to produce any of the requested documents or information.

Absent the auditor's receipt of the requested documents and other information within ten (10) days from the date of this letter, the Funds will proceed as necessary to protect their rights and interests. This will include completing the audit using the assumption that all payments represent hours of covered work performed within the Union's jurisdiction. No other assumption is reasonable given your refusal to produce records that should otherwise support your position.

100719-1


EXHIBIT
1

June 13, 2002
Page 2

    Appropriate legal proceedings also will be initiated in the United States District Court for the Eastern District of Pennsylvania. In the event litigation becomes necessary, your ultimate liability will substantially increase as the law provides for the mandatory award of interest, liquidated damages and reimbursement to the Funds for all attorney's fees and costs they incur to obtain the records and collect any amounts you may owe. By copy of this letter I am asking Mr. Tapken to let me know he receives the requested information and documents. I trust that you will comply with your contractual and statutory obligations.

                Very truly yours,

                SANFORD G. ROSENTHAL

chwp.8074.c.del. emp. gen.
Enclosure
cc:    Piotr Tonia
        Michael D. Tapken
        Lori Bachert

100719-1

BOARD OF ADMINISTRATION

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell<br>Co-Chairman | Walter P. Palmer, Jr.<br>Co-Chairman |
| Larry Dunn<br>Robert J. Burns<br>Edward Coryell, Jr.<br>Dennis O'Hara | Charles G. Erickson, III<br>Frank T. Leitner<br>James F. Sassaman<br>John R. Smith, Jr. |

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

# CARPENTERS
## HEALTH & WELFARE FUND
## OF PHILADELPHIA & VICINITY

1807 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430  •  FAX 215-496-0173
email: fundadmin@philacarpenter.org
website: philacarpenterfunds.org



April 11, 2001

Lori Bachert
Bachert Construction
428 Elm Street
Tamaqua, PA 18252

Re: Audit of Bachert Construction for the period of May 4, 2000 through December 31, 2001.

Ms. Bachert:

On April 9, 2001 the Carpenters Health and Welfare Fund conducted an audit of Bachert Construction for the period of May 4, 2000 through December 31, 2001. However, the audit was unable to be completed.

I requested timesheets or other documentation showing where the non-union employees worked but no records were available. In addition to the non-union employees I also asked about a list of checks made payable to cash.

Below is a list of records needed to complete audit:

1) **Timesheets invoices, work orders showing locations for all non-union employees.**
2) **Receipts or expenses sheets showing a breakdown of expenses for each check Issued to cash**
3) **Fringe benefit reports showing benefits being paid for hours worked by Paul Derr and David Welsh for all hours not paid to the Philadelphia Carpenters Health and Welfare Fund.**

While conducting the audit I reviewed invoices for June of 2001, which clearly showed work being performed in the MRC Jurisdiction with no benefits paid. Without documentation showing where the non-union employees worked I have no option, but to assume that all hours worked were in the Jurisdiction of the MRC. Thank you.

Sincerely,
The Carpenters Health and Welfare Fund
Of Philadelphia and Vicinity

Michael D Tapken
Fund Auditor
Attachment

Bachert Construction
checks made payable to cash
2000-2001

| CHECK # | DATE | NOTES | AMOUNT |
|---|---|---|---|
| 2089 | 3/15/01 | CHRIS-SATURDAY | $180.00 |
| 2137 | 3/22/01 | CASH | $75.00 |
| 2142 | 3/22/01 | CASH | $500.00 |
| 2299 | 5/4/01 | CASH | $550.00 |
| 2336 | 5/18/01 | CASH | $120.00 |
| 3371 | 5/25/01 | CASH | $150.00 |
| 5310 | 2/23/01 | CASH | $235.00 |
| 2069 | 3/1/01 | CASH | $1,000.00 |
| 2146 | 3/22/01 | CASH | $1,000.00 |
| 5318 | 4/11/01 | CASH | $200.00 |
| 2241 | 4/20/01 | CASH | $160.00 |
| 2236 | 4/20/01 | CASH | $435.00 |
|  | 7/18/00 | CASH | $500.00 |
| 1602 | 7/25/00 | CASH | $2,000.00 |
| 1461 | 7/28/00 | CASH | $117.50 |
| 1462 | 7/28/00 | CASH | $90.00 |
| 1473 | 8/19/00 | CASH | $175.00 |
| 1423 | 8/23/00 | CASH | $2,000.00 |
| 2167 | 9/5/00 | CASH | $500.00 |
| 2444 | 9/25/00 | CASH | $2,000.00 |
| 2467 | 10/2/00 | CASH | $800.00 |
| 5011 | 10/20/00 | CASH | $70.00 |
| 5010 | 11/7/00 | CASH | $200.00 |
| 5019 | 11/22/00 | CASH | $175.00 |
| 5024 | 11/22/00 | CASH | $800.00 |
| 5023 | 11/22/00 | CASH | $670.00 |
| 5022 | 11/22/00 | CASH | $510.00 |
| 5021 | 11/22/00 | CASH | $300.00 |
| 5026 | 11/22/00 | CASH | $5,000.00 |
| 5030 | 12/5/00 | CASH | $60.00 |
| 5045 | 12/29/00 | CASH | $800.00 |
| 1674 | 1/8/00 | CASH | $2,500.00 |
| 5301 | 1/16/00 | CASH-ME | $1,000.00 |
| 1991 | 1/18/01 | CASH | $375.00 |
| 1995 | 1/24/01 | CASH | $400.00 |
| 5070 | 2/8/01 | CASH | $500.00 |

Bachert Construction
non-union employee
2000-2001

| SS# | NAME | 2000 | 2001 | Hourly Rate |
|---|---|---|---|---|
| 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 | ACE,JOHN | $1,253.46 | | |
| 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 | ALU,CHRIS | | 3099.83 | 8.25 |
| 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 | ANDREWS,ARLINGTON | | 533 | 7.5 |
| 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 | BECKETT,BENJAMIN | $930.66 | | |
| 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 | DENNIS,JAMES | | 144 | 8 |
| 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 | EBERTS,JASON | $11,270.78 | | |
| 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 | GARRIS,ROBERT E | | 7880.26 | 16.4 |
| 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 | GOHO,BRIAN | | 4382.4 | 10 |
| 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 | GRIZZLE,CHRIS | $3,570.75 | | |
| 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 | HELL,JOHN C | $9,704.81 | | |
| 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 | HILL,JOHN J | | 791.88 | 9.5 |
| 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 | HOLLAN,JOESPH | $23,270.72 | | |
| 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 | HOLLANBACH,ERIC | $1,468.95 | | |
| 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 | HUEGAL,CHRISTOPHER | | 723.9 | |
| 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 | HUEGAL,CHRISTOPHER | | 723.9 | |
| 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 | KAUFMAN,MIKE | $1,275.31 | | |
| 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 | KLYMER,JEFFERY | | $182.96 | 22.87 |
| 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 | KOHLER,MATHEW | | 417.12 | 26.07 |
| 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 | KRALL,DENOM | | 4923.8 | 9.5 |
| 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 | KUNKEL,BRUCE S | $12,958.14 | 28337.35 | 13 |
| 17152-0629 | KUTZ,DAVE | $10,294.87 | | |
| 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 | LEMMING,MICHAEL | $948.00 | | |
| 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 | LEWIS,MICHAEL J | | 6623.96 | 10.25 |
| 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 | MARTIN,RUSSEL | | 182.96 | |
| 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 | MCARDIE,KIETH | $4,514.34 | | |
| 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 | MCLAUGHLIN,RICHARD | $1,419.55 | | |
| 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 | MOSER,CURT C | | 16492.55 | 13 |
| 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 | NIELSON,RANDY | $2,059.13 | | |
| 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 | PICKETT,THOMAS | $2,777.40 | | |
| 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 | PRAYNER,JOE | | 4160.81 | |
| 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 | SEIGFREID,RYDER | $5,576.70 | | |
| 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 | SERINA,CHRIS | $17,000.20 | 13536.24 | 11.5 |
| 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 | SERRANO,ERIC | $810.00 | | |
| 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 | SHAMONSKY,GEORGE | $1,425.00 | | |
| 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 | SYTNIK,FRANK | | 2348.5 | 14 |
| 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 | WENSEL,DAVID | $211.50 | | |