# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4685

PLAINTIFF:
Carpenters Health and Welfare Fund of Philadelphia and Vicinity, et al.

vs.

DEFENDANT:
Bachert Construction a/k/a Bachert Construction Modular Set-Up, et al.

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on **Wayne Bachert, Individually, 428 Elm Street, Tamaqua, PA 18252**.

I, Walt Thomas, being duly sworn, depose and say that on the 3rd day of August, 2002 at 8:45 am, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF ABODE, TO A PERSON THEREIN WHO WAS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Sandy Davis** AS **Mother-In-Law** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

Additional Information pertaining to this Service:
The recipient was cooperative and the telephone-number is 570-668-0626.

Description of Person Served: Age: 50+, Sex: F, Race/Skin Color: Caucasian, Height: 5'7, Weight: 160, Hair: Blonde, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

Walt Thomas
Process Server

Subscribed and Sworn to before me on the 7th day of August, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002154

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4685

**PLAINTIFF:**
Carpenters Health and Welfare Fund of Philadelphia and Vicinity, et al.

vs.

**DEFENDANT:**
Bachert Construction a/k/a Bachert Construction Modular Set-Up, et al.

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on **BACHERT CONSTRUCTION a/k/a Bachert Construction Modular Set-Up, 428 Elm Street, Tamaqua, PA 18252.**

I, Walt Thomas, being duly sworn, depose and say that on the 3rd day of August, 2002 at 8:45 am, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF ABODE, TO A PERSON THEREIN WHO WAS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Sandy Davis** AS **Mother-In-Law** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

Additional Information pertaining to this Service:
The recipient was cooperative and the telephone-number is 570-668-0626.

Description of Person Served: Age: 50+, Sex: F, Race/Skin Color: Caucasian, Height: 5'7, Weight: 160, Hair: Blonde, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

Walt Thomas
Process Server

Subscribed and Sworn to before me on the 7th day of August, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002153

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c