### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : : : : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : : | |
| BACHERT CONSTRUCTION a/k/a BACHERT CONSTRUCTION MODULAR SET-UP, et al. | : : : : | |
| Defendants | : | NO. 02-4685 |

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendants Bachert Construction a/k/a Bachert Construction Modular Set Up and Wayne Bachert for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Richard J. DeFortuna, Esquire.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.


        By: s/RICHARD J. DeFORTUNA
        SANFORD G. ROSENTHAL (ID. NO. 38991)
        RICHARD J. DeFORTUNA (ID NO. 86260)
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street
        Philadelphia, PA 19106-3683
        (215)351-0611/0674

        Attorney for Plaintiffs

Date: September 26, 2002

104935-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : : | |
| BACHERT CONSTRUCTION a/k/a BACHERT CONSTRUCTION MODULAR SET-UP, et al. | : : : | |
| Defendants | : | NO. 02-4685 |

### DECLARATION OF RICHARD J. DeFORTUNA, ESQUIRE
### <u>FOR ENTRY OF DEFAULT</u>

Richard J. DeFortuna, having been first duly sworn according to law, hereby deposes and states as follows:

I am an attorney for the Plaintiffs in the above-entitled action.

The Complaint and Summons in this action was served on the Defendants, Bachert Construction a/k/a Bachert Construction Modular Set Up and Wayne Bachert by Walt Thomas, Process Server, on August 3, 2002 as appears from the Affidavit of Service of said Summons, which has been duly docketed with the Court. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

The Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended.

              I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

DATE: September 26, 2002      s/RICHARD J. DeFORTUNA
                  RICHARD J. DeFORTUNA, ESQUIRE

104935-1

## CERTIFICATE OF SERVICE

I, Richard J. DeFortuna, Esquire state under penalty of perjury that I caused a copy of the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) to be served via first class mail, postage prepaid on the date and to the addresses below:

Bachert Construction a/k/a
Bachert Construction Modular Set-Up
Wayne Bachert
428 Elm Street
Tamaqua, PA  18252

and

Gregory L. Mousseau, Esquire
Pine Ridge Professional Bldg.
Jim Thorpe, PA 18229


DATE:<u>September 26, 2002</u>                    <u>s/RICHARD J. DeFORTUNA</u>
                                                  RICHARD J. DeFORTUNA



THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWLOADING FROM THE ECF SYSTEM

104935-1