IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : : | |
| BACHERT CONSTRUCTION a/k/a Bachert Construction Modular Set-Up, et al. | : : : | |
| Defendants | : | NO. 02-4685 |

**REQUEST FOR DISMISSAL OF COMPLAINT AGAINST BACHERT CONSTRUCTION
d/b/a BACHERT CONSTRUCTION MODULAR SET-UP
AND WAYNE BACHERT PURSUANT TO FED.R.CIV.PRO. 41(a)**

TO THE CLERK:

No answer or motion for summary judgment having been filed, this matter is dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a).

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

          BY:  s/RICHARD J. DeFORTUNA
            SANFORD G. ROSENTHAL (ID.NO. 38991)
            RICHARD J. DeFORTUNA (ID. NO. 86260)
            The Penn Mutual Towers, 16th Floor
            510 Walnut Street
            Philadelphia, PA 19106-3683
            (215) 351-0611/0674
            Attorneys for Plaintiffs

Date: October 7, 2002

**The foregoing Request has been filed with the Court electronically and is available for viewing and downloading from the ECF system.**

105368-1